```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

CRIMINAL NO. 12-50048-001            USA v. CHRISTOPHER LEE TALLEY

COURT PERSONNEL:                     APPEARANCES:

Judge: JIMM LARRY HENDREN            Govt. STEVE SNYDER

Clerk: GAIL GARNER                   Deft. SHANE WILKINSON

Reporter: THERESA SAWYER


### SENTENCING MINUTE SHEET


   On this date the above named defendant appeared in person and with counsel for sentencing and is sworn.

- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Original presentence investigation report reviewed in open court.
- (X) Court expresses final approval of plea agreement.
- (X) Government moves for downward departure pursuant to 5K1.1 - granted by court and 4-level departure awarded.
- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
- (X) Attorney for government afforded opportunity to make statement to court.
- (X) Court proceeded to impose sentence as follows:

      14 months imprisonment; 3 supervised release;
      $10,000.00 fine imposed - interest waived.

Criminal No. 12-50048-001

- (X) Defendant ordered to comply with standard conditions of supervised release.
- (X) Defendant ordered to comply with the following special conditions of supervised release:

    Until the financial penalties are paid in full, defendant shall not incur any new debt nor establish bank or credit accounts without prior approval from USPO.

- (X) Defendant ordered to pay total special assessment of $100.00, for count 1, which shall be due immediately.
- (X) Defendant advised of right to appeal sentence imposed.
- (X) Defendant advised of right to apply for leave to appeal in forma pauperis.
- (X) Defendant is allowed to remain on bond and self-report no later than 2:00 p.m. on Friday, March 8, 2013.

DATE: FEBRUARY 15, 2013                Proceeding began: 1:37 pm

                                                ended: 2:21 pm